# United States District Court
### for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GREG LAVERN WILSON,** | )<br>)<br>)<br>)  **Case No.  2:25-MJ-00142-JAG**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, Jared Tomaso the complainant in this case, state that the following is true to the best of my knowledge and belief. Beginning on a date unknown but by on or about March 30, 2025, in the county of Grant in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| *21 U.S.C. § 841(a)(1),(b)(1)(C),* | *Possession with Intent to Deliver Methamphetamine and Fentanyl* |

This complaint is based on these facts:

☑ Continued on the attached sheet.

JARED TOMASO

Digitally signed by
JARED TOMASO
Date: 2025.03.31
12:36:02 -07'00'

*Complainant's signature*

**Jared Tomaso, SA - ATF**

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:   March 31, 2025

*Judge's signature*

**James A. Goeke, United States Magistrate Judge**

City and state:   Spokane, Washington

*Printed name and title*