FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2025

SEAN F. McAVOY, CLERK

Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LAVERN WILSON,<br><br>Defendant. | 2:25-CR-53-TOR<br>INDICTMENT<br><br>Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (vi)<br>Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine and 400 Grams or More of Fentanyl<br>(Count 1)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br>(Count 2)<br><br>26 U.S.C. §§ 5841, 5861(d), and 5871<br>Possession of an Unregistered Weapon<br>(Count 3)<br><br>21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

On or about March 30, 2025, in the Eastern District of Washington, the Defendant, GREGORY LAVERN WILSON, knowingly possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (a/k/a fentanyl), both Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (vi).

## SERIOUS DRUG FELONY

Before the Defendant, GREGORY LAVERN WILSON, committed the offense(s) charged in Count 1, he had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), in the United States District Court for the Eastern District of Washington, Case No. 1:15-CR-2065-SAB, for which he served a term of imprisonment exceeding 12 months and was released from imprisonment within 15 years of the commencement of the instant offense(s).

## COUNT 2

On or about June 22, 2023, in the Eastern District of Washington, the Defendant, GREGORY LAVERN WILSON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Savage Arms 12-gauge shotgun with serial number 163771D, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

//

INDICTMENT - 2

## COUNT 3

On or about June 22, 2023, in the Eastern District of Washington, the Defendant, GREGORY LAVERN WILSON, did knowingly receive and possess a firearm, to wit, a Savage Arms 12-gauge shotgun with serial number 163771D with a barrel length of less than 18 inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as charged in Count 1 of this Indictment, the Defendant, GREGORY LAVERN WILSON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

INDICTMENT - 3

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as charged in Count 2 of this Indictment, the Defendant, GREGORY LAVERN WILSON, shall forfeit to the United States of America, any firearms, ammunition and accessories involved or used in the commission of the offense.

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871, as charged in Count 3 of this Indictment, the Defendant, GREGORY LAVERN WILSON, shall forfeit to the United States of America, any firearms involved or used in the commission of the offense.

DATED this _2_ day of April 2025.

A TRUE BILL



Richard R. Barker
Acting United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 4